# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOEL FLORIANO-MARTINEZ,<br><br>　　　　Defendant. | Case No. 2:12-CR-00246-KJD-GWF<br><br>**ORDER** |

Presently before the Court is the Government's Motion to Continue Response Deadline (#42). No response in opposition has been filed, though the time for doing so has passed. Having read and considered the motion and good cause being found, the Court grants the motion. The Government shall have until February 10, 2017 to file a response to Defendant's Motions (#37/40). Defendant shall file any reply no later than February 28, 2017.

**IT IS SO ORDERED.**

　　DATED this 27th day of January 2017.

_____
Kent J. Dawson
United States District Judge